

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ANR/GB
F. #2025R00355

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 8, 2026

<u>By Email and ECF</u>

<u>See</u> Recipient List, Attached as <u>Exhibit 1</u>
C/o Julie de Almeida
Law Office of Julie de Almeida
P.O. Box 1196
Weston, CT 06883
Email: julie@jdealmeidalaw.com

> Re: United States v. Hector Bermudez et al.
> <u>Criminal Docket No. 25-361</u>

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which will be produced by USAfx. Please note that some of this material is considered Sensitive Discovery Material ("SDM") as that term is defined in the Protective Order in this matter. The discovery is being produced to the Coordinating Discovery Attorney for further dissemination pursuant the order signed by the Honorable Pamela K. Chen.

I.      The Government's Discovery

     A.      <u>Documents and Tangible Objects</u>

- The following items:

    - CyberTip Reports from the National Center for Missing and Exploited Children, Bates-numbered GLOBAL_000001 through GLOBAL_000066, marked Sensitive Discovery Material; and
    - Descriptions of select videos identified on seized devices, Bates-numbered GLOBAL_000067 through GLOBAL_000166, marked Sensitive Discovery Material.

You may examine the physical evidence discoverable under Rule 16, including original documents, by contacting me to arrange a mutually convenient time.

Additionally, due to the nature of this case, many discovery materials contain child pornography. Under 18 U.S.C. § 3509(m), these materials are available for review at the Federal Bureau of Investigation. This includes available attachments to the Cybertips provided in discovery. You may arrange with the case agent to review these materials. Future productions of Rule 16 discovery that contain child pornography will be treated similarly.

B. Reports of Examinations and Tests

The government will provide you with copies of any additional reports of examinations or tests in this case as they become available.

C. Expert Witnesses

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion.

D. Brady Material

The government is not aware of any exculpatory material regarding the defendant. The government understands and will comply with its continuing obligation to produce exculpatory material as defined by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.

Before trial, the government will furnish materials discoverable pursuant to Title 18, United States Code, Section 3500, as well as impeachment materials. See Giglio v. United States, 405 U.S. 150 (1972).

E. Other Crimes, Wrongs or Acts

The government will provide the defendant with reasonable notice in advance of trial if it intends to offer any material under Fed. R. Evid. 404(b).

II. The Defendant's Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify.  <u>See</u> Fed. R. Crim. P. 26.2.  In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.  The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

III.     <u>Future Discussions</u>

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in <u>Lafler v. Cooper</u>, 132 S. Ct. 1376 (2012), and <u>Missouri v. Frye</u>, 132 S. Ct. 1399 (2012).

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/_____
Antoinette N. Rangel
Assistant U.S. Attorney
(718) 254-7481

By: /s/_____
Gwendelynn Bills
Trial Attorney
Child Exploitation & Obscenity Section
(202) 616-2572

Enclosures

cc: Clerk of the Court (PKC) (by ECF) (without enclosures)

4

**EXHIBIT 1**

Gary Matthew Kaufman, Esq.
Law Office of Gary Kaufman, PLLC
377 Broadway, 8th Floor
New York, NY 10013
Email: gary@garykaufmanlaw.com

Nicholas Hine, Esq.
Hine Law PLLC
P.O. Box 170096
Brooklyn, NY 11217
Email: nth@hine.law

John C Ellis, Jr., Esq.
Law Offices of John C. Ellis, Jr. Inc.
2495 Truxtun Road Ste 206
San Diego, CA 92106
Email: john@johnellislaw.com

Sally J.M. Butler, Esq.
42-40 Bell Blvd, Suite 302
Bayside, NY 11361
Email: SallyButlerEsq@yahoo.com

Raymond Elvis Gazer, Esq.
Getz & Braverman PC
172 East 161st Street Bronx
Bronx, NY 10451
Email: regazer@aol.com